JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KENNY M. WILLIAMS,<br>    Plaintiff,<br>    v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>    Defendant | Case No. 5:25-cv-01794-MBK<br><br>**[PROPOSED]**<br>**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: 01/05/2026

THE HONORABLE MICHAEL B. KAUFMAN
U.S. MAGISTRATE JUDGE

-1-